IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOCHEATH UON | : | CIVIL ACTION |
| v. | : | |
| TANABE INTERNATIONAL CO., LTD., et al. | : | NO. 10-5185 |

ORDER

AND NOW, this 3rd day of December, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff for remand to the Court of Common Pleas of Philadelphia County is DENIED; and

(2) the motion of defendant Mid-Atlantic Packaging & Specialties, Inc. to dismiss the complaint as to it is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.