```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SOCHEATH UON                     :        CIVIL ACTION
         v.                      :
TANABE INTERNATIONAL CO.,        :
LTD., et al.                     :        NO. 10-5185

                              -----

SOCHEATH UON                     :        CIVIL ACTION
         v.                      :
JAPAN PAPER CONVERTING MACHINE   :
GROUP CO., LTD., et al.          :        NO. 11-5406
```

                                ORDER

    AND NOW, this 20th day of January, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Tanabe International Co., Ltd. to dismiss the complaint in Civil Action No. 10-5185 as to it for lack of personal jurisdiction is GRANTED.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                                J.